[Certiorari granted, *ante*, p. 976.] Motion for appointment of counsel granted, and it is ordered that W. Gaston Fairey, Esq., of Columbia, S. C., be appointed to serve as counsel for petitioner in this case.

No. 87–6453. ECONOMOU ET UX. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until May 9, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a petition for writ of certiorari in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 87–6459. RYDELL *v.* CITY OF ATLANTIC CITY, NEW JERSEY. Super. Ct. N. J., App. Div.; and

No. 87–6489. HOWARD *v.* CITY OF FORT MYERS, FLORIDA, ET AL. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until May 9, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit petitions for writs of certiorari in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.

No. 87–6605. IN RE SYME. Petition for writ of habeas corpus denied.

No. 87–6317. IN RE AMEN-RA, AKA TASBY. Petition for writ of mandamus denied.

No. 87–1269. EU, SECRETARY OF STATE OF CALIFORNIA, ET AL. *v.* SAN FRANCISCO COUNTY DEMOCRATIC CENTRAL COM-